AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rose, Thomas M. | U.S. District Ct., S.D. Ohio | 4/28/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (active) | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final | 01/01/2013 to 12/31/2013 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

200 West Second Street
9th Floor, Federal Building
Dayton, OH 45402

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | KSJ Stables LLP (nka Rose and Buerger Farms LLP) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1976 | Public Employees Retirement System, no control, retirement |
| 2. | 2005 | Northwestern Mutual Individual retirement account - self directed (rolled from Ohio Deferred Comp Fund) |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 4/28/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Ohio Public Employee Retirement System (Retirement) | $85,987.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Greene Co., OH/State of Ohio- Greene County Clerk of Courts/Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 4/28/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Old Fort Banking | Mortgage on Investment Property/Cedarville, OH | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 4/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of Am Coop Preferred Stock | A | Dividend | | | Redeemed | 05/28/13 | J | A | |
| 2. Napoleon Ohio SD GO Bonds 12/1/14 | A | Dividend | K | T | | | | | |
| 3. Nat City Cap Preferred Stock | A | Dividend | | | Redeemed | 07/30/13 | J | A | |
| 4. Northridge Ohio SD (Mont Co) GO Bonds 12/1/16 | A | Dividend | | | Redeemed | 12/02/13 | J | A | |
| 5. Sprint Nextel Common Stock | A | Dividend | J | T | | | | | |
| 6. Wilmington Ohio Water Rev Bond 6/15/16 | A | Dividend | J | T | | | | | |
| 7. $Celina Ohio G.O. Bond 12/1/20 | A | Interest | K | T | | | | | |
| 8. $Centerville Ohio Hlth Ca (Bethany Luthern) Vlg Proj 11/1/14 | A | Interest | K | T | | | | | |
| 9. $Centerville Ohio Hlth Ca (Bethany Lutheran) Vlg. Proj 11/17 | B | Interest | K | T | | | | | |
| 10. $Clyde Green Springs School Dist. Obligation Bond 12/1/15 | A | Dividend | K | T | | | | | |
| 11. Field, OH Local Sch GO Bonds 12/1/18 | A | Dividend | J | T | | | | | |
| 12. Franklin Co Health Care Fac Bond (Ohio Presb) 7/1/26 | A | Dividend | J | T | | | | | |
| 13. $Hamilton Cnty Ohio Hlth Care Fac Bonds 1/1/13 | B | Interest | | | Redeemed | 01/02/13 | K | A | |
| 14. $Hamilton County Ohio Facs Rev Bonds Children's Hosp 5-13/14 | B | Interest | K | T | | | | | |
| 15. $Independence Ohio LSD 12/1/16 | A | Interest | | | Redeemed | 06/03/13 | K | A | |
| 16. $Mahoning County Ohio Gen Obligation Bonds 12/1/21 | B | Interest | K | T | | | | | |
| 17. #$Mansfield (Richland Cnty) Genl Oblig Bonds 12/1/13 | B | Interest | | | Redeemed | 03/04/13 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | Q =Appraisal | P4 =More than $50,000,000 | | |
| | U =Book Value | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 4/28/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Ohio St Water Dev. Bonds (First Eng) 7/1/33 | A | Dividend | K | T | | | | | |
| 19. Sweney Cartwright Stock Cash Account | C | Interest | M | T | | | | | |
| 20. Rose and Buerger Farms, LLP (fka KSJ Stables LLP) | A | Distribution | L | W | | | | | |
| 21. Alerian MLP ETF | A | Interest | K | T | | | | | |
| 22. Eaton | A | Dividend | | | Sold | 04/02/13 | K | C | |
| 23. | A | Dividend | K | T | Buy | 05/07/13 | J | | |
| 24. Corning | A | Dividend | K | T | | | | | |
| 25. Ford | A | Dividend | J | T | | | | | |
| 26. | A | Dividend | | | Buy (add'l) | 05/15/13 | J | | |
| 27. | A | Dividend | | | Buy (add'l) | 06/12/13 | J | | |
| 28. | A | Dividend | | | Sold (part) | 09/16/13 | K | C | |
| 29. Microsoft | A | Dividend | | | Sold | 01/24/13 | J | A | |
| 30. Conoco Phillips | A | Dividend | J | T | | | | | |
| 31. Cleveland Ohio ARPT Sys Revenue 1/1/18 | A | Interest | K | T | | | | | |
| 32. Cleveland Ohio ARPT Sys Revenue 1/1/15 | A | Interest | K | T | | | | | |
| 33. Ohio State Wtr Dev Auth Bond 6/1/33 | A | Interest | J | T | | | | | |
| 34. Hamiliton Cty, OH Swr Sys FAC Bonds 12/1/17 (X) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 4/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Ross County, OH Hosp Fac Rev. Bonds (Adena) | A | Interest | K | T | | | | | |
| 36. Boeing Co. Common Stock | A | Dividend | K | T | | | | | |
| 37. | A | Dividend | | | Buy (add'l) | 01/24/13 | J | | |
| 38. | A | Dividend | | | Sold (part) | 09/16/13 | J | C | |
| 39. | A | Dividend | | | Sold (part) | 11/14/13 | K | D | |
| 40. Eaton Corp. Common Stock | A | Dividend | | | Sold | 04/02/13 | K | C | |
| 41. | A | Dividend | K | T | Buy | 05/07/13 | J | | |
| 42. GE Common Stock | A | Dividend | K | T | | | | | |
| 43. Berkshire B Common Stock | A | Dividend | | | Sold | 04/23/13 | K | C | |
| 44. Sun Trust Common Stock | A | Dividend | | | Sold | 10/19/13 | J | C | |
| 45. Thornburg Value Fund Class A Re/Re/Re 50586 | A | Dividend | K | T | | | | | |
| 46. Thornburg Invest. Income Class A 50590 | B | Dividend | K | T | | | | | |
| 47. Sprint Nextel Corp | A | Dividend | J | T | | | | | |
| 48. Ishares China Index | A | Dividend | J | T | | | | | |
| 49. Ishares China Index | A | Dividend | J | T | | | | | |
| 50. Johnson and Johnson | A | Dividend | K | T | | | | | |
| 51. | A | Dividend | | | Buy (add'l) | 05/07/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 4/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Caterpillar | A | Dividend | | | Sold | 02/25/13 | K | B | |
| 53. | A | Dividend | K | T | Buy | 03/11/13 | J | | |
| 54. | A | Dividend | | | Buy (add'l) | 04/19/13 | K | | |
| 55. Columbia Acorn International Fund | A | Dividend | J | T | | | | | |
| 56. Credit Suisse Commodity Return | A | Dividend | | | Sold | 05/23/13 | J | | |
| 57. Fidelity Advisor Mid Capp II Fund | A | Dividend | J | T | | | | | |
| 58. Fidelity Advisor New Insights Fund Class | A | Dividend | K | T | | | | | |
| 59. Franklin High Income Fund Class A | A | Dividend | | | Sold | 09/23/13 | J | | |
| 60. Harbor Bond Fund Institutional Class | A | Dividend | K | T | | | | | |
| 61. Harbor Real Return Fund Institutional | A | Dividend | J | T | | | | | |
| 62. The Oakmark International Fund | A | Dividend | J | T | | | | | |
| 63. Perkins Mid Cap Value Fund | A | Dividend | J | T | | | | | |
| 64. MFS Value Fund Class W | A | Dividend | K | T | | | | | |
| 65. MFS International Growth Fund Class W | A | Dividend | J | T | | | | | |
| 66. T Rowe Price Emerging Markets | A | Dividend | J | T | | | | | |
| 67. T Rowe Price Real Estate | A | Dividend | J | T | | | | | |
| 68. Scout International Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 4/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Templeton Global Bond Fund Class A | A | Dividend | J | T | | | | | |
| 70. Northern Small Cap Value Fund | A | Dividend | J | T | | | | | |
| 71. Pimco Income Fund Class A | A | Dividend | J | T | | | | | |
| 72. Facebook Common Stock | A | Dividend | J | T | Buy | 09/17/13 | J | | |
| 73. Molycorp | A | Dividend | | | Buy | 05/15/13 | J | | |
| 74. | A | Dividend | | | Sold | 12/20/13 | J | A | |
| 75. Cisco Common Stock | A | Dividend | | | Buy | 01/24/13 | J | | |
| 76. | A | Dividend | | | Buy (add'l) | 05/28/13 | J | | |
| 77. | A | Dividend | | | Sold | 12/20/13 | J | A | |
| 78. Weyerhaeuser stock | A | Dividend | K | T | Buy | 02/25/13 | J | | |
| 79. | A | Dividend | | | Buy (add'l) | 03/11/13 | J | | |
| 80. | A | Dividend | | | Buy (add'l) | 05/15/13 | J | | |
| 81. Vale | A | Dividend | | | Buy | 02/25/13 | J | | |
| 82. | A | Dividend | | | Buy (add'l) | 03/11/13 | J | | |
| 83. | A | Dividend | | | Sold | 12/30/13 | J | A | |
| 84. Oracle | A | Dividend | | | Buy | 03/11/13 | J | | |
| 85. | A | Dividend | | | Sold | 12/30/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 4/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. ADT | A | Dividend | | | Buy | 04/08/13 | J | | |
| 87. | A | Dividend | | | Sold | 12/20/13 | J | A | |
| 88. Timkin | A | Dividend | J | T | Buy | 04/19/13 | J | | |
| 89. | A | Dividend | | | Buy (add'l) | 06/27/13 | J | | |
| 90. Akamai | A | Dividend | J | T | Buy | 05/15/13 | J | | |
| 91. Dupont | A | Dividend | | | Buy | 05/16/13 | J | | |
| 92. | A | Dividend | | | Sold | 11/14/13 | J | A | |
| 93. Applied Material | A | Dividend | J | T | Buy | 06/18/13 | J | | |
| 94. Pioneer | A | Dividend | J | T | Buy | 10/23/13 | J | | |
| 95. Johnson Control | A | Dividend | K | T | Buy | 09/17/13 | J | | |
| 96. | A | Dividend | | | Buy (add'l) | 12/26/13 | J | | |
| 97. Dresser Ran | A | Dividend | J | T | Buy | 06/18/13 | J | | |
| 98. Joy Global | A | Dividend | J | T | Buy | 06/18/13 | J | | |
| 99. _____. Greene County, OH | E | Rent | N | W | Buy | 01/02/13 | N | | |
| 100. Sandridge Common Stock | A | Dividend | J | T | Buy | 07/18/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 4/28/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 4/28/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas M. Rose**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544